**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | 07-8577M |
| Plaintiff, ) | |
| ) | **MENTAL EVALUATION** |
| vs. ) | **AND TRANSPORTATION** |
| ) | **ORDER** |
| Angel Rivera-Guerrero, ) | |
| Defendant. ) | |

Pursuant to Defendant's oral motion to appoint a local psychologist for a competency evaluation, made in open court on August 23, 2007; the Defendant's Motion for Evaluation And Determination of Competency (docket # 7), filed on August 23, 2007; the Court's authority set forth in 18 U.S.C. § 424(a) upon the express consent of defense and Government's counsel that the undersigned enter such order; and reasonable cause existing that Defendant is suffering from a mental disease or defect,

**IT IS ORDERED** that Defendant's oral and written Motion for Evaluation And Determination of Competency are **GRANTED**. The Court finds that reasonable cause exists that Defendant may be presently suffering from a mental disease or defect rendering him incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**IT IS FURTHER ORDERED** appointing Kathryn A. Menendez, Ph.D. at 1212 E. Osborn Rd., Suite 102, Phoenix, Arizona 85014; telephone (602) 265-9555; and fax (602)

1  234-7923, pursuant to 18 U.S.C. §4241 to conduct a psychological examination and
2  evaluation and prepare a written report with the Court **under seal**, all pursuant to the
3  provisions of 18 U.S.C. §4247.

4  **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. § 4147(c), the subject
5  report shall include the following:

6      1. The Defendant's history and present symptoms;

7      2. A description of the psychiatric, psychological and medical tests that were
8  employed and their results;

9      3. The examiner's findings;

10     4. The examiner's opinions as to diagnosis, prognosis, and whether the person
11 is suffering from mental disease or defect rendering him mentally incompetent to the extent
12 that he is unable to understand the nature and consequences of the proceedings against him
13 or to assist properly in his defense.

14 **IT IS FURTHER ORDERED** that Dr. Kathryn A. Menendez shall complete her
15 written report within a reasonable period of time, but not to exceed **forty-five (45) days** from
16 the date of this Order, and shall provide **under seal** the original to the Court, providing
17 complete copies to counsel for the Government and defense counsel, and faxing a copy to
18 the undersigned's chambers at (602) 322-7629. Pursuant to 18 U.S.C. § 4147(b), Dr. Kathryn
19 A. Menendez may apply for a reasonable extension on writing, but not to exceed **thirty (30)**
20 **days**, upon a showing of good cause that additional time is necessary to observe and evaluate
21 the Defendant.

22 **IT IS FURTHER ORDERED** that Dr. Kathryn A. Menendez or defense counsel
23 shall make arrangements to conduct the Defendant's interview at the Sandra Day O'Connor
24 U.S. Courthouse in Phoenix by calling (602) 382-8752.

25 **IT IS FURTHER ORDERED** authorizing Dr. Menendez to expend not more
26 than $200.00 per hour, **not to exceed $1,500.00**, for the total time for testing, examination,
27 and preparation of her written report. Dr. Menendez shall submit her bill for this evaluation
28

1  directly to the Department of Justice, c/o United States Attorney, Two Renaissance Square,
2  40 North Central Avenue, Suite 1200, Phoenix, AZ 85004-4408.
3        **IT IS FURTHER ORDERED** that Dr. Menendez, her employee or agent shall
4  fax a complete copy of the written report to the undersigned at (602) 322-7629 at the earliest
5  opportunity and to defense counsel, FPD Jon Sands at (602) 382-2800, and AUSA James R.
6  Knapp at (602) 514-7450. The original report shall be mailed or otherwise delivered to the
7  undersigned for filing **under seal**.
8        **IT IS FURTHER ORDERED** setting this matter for Status Hearings Re Mental
9  Competency and Preliminary Hearing/Arraignment before the undersigned on **Wednesday,**
10 **September 19, 2007, at 9:30 a.m.**, Courtroom 302, Sandra Day O'Connor U.S. Courthouse,
11 401 West Washington Street, Phoenix, Arizona, 85003-2120. If the written evaluation is
12 completed and distributed substantially before the aforesaid date, defense counsel may
13 contact the undersigned's chambers to move the hearing date to an earlier date.
14       **IT IS FURTHER ORDERED** that, in computing the time within which the trial
15 must commence, the delay resulting from compliance with this Order shall be excluded
16 pursuant to Title 18, United States Code, Section 3161(h)(1)(A).
17       **IT IS FURTHER ORDERED** that excludable delay is found to commence on
18 _8/23/07_____ pursuant to 18 U.S.C. §3161(h)(1)(A).
19       **IT IS FURTHER ORDERED** that the Clerk shall mail a copy of this Order upon
20 the United States Marshals Service, Dr. Menendez and counsel for the parties.
21       Court staff shall fax a copy of this order to Dr. Menendez at (602) 234-7923.
22       DATED this 24th day of August, 2007.

                        */s/ Lawrence O. Anderson*
                        Lawrence O. Anderson
                        United States Magistrate Judge

Copy faxed 8/27/07 to Dr. Menendez
(vlg)